UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 11-48692-TAB |
|---|---|---|
| LINDA S. MYLES | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 09/11/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/10/2012                    By:  /s/ David P. Leibowitz
                                                  (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  § Case No. 11-48692-TAB
§
LINDA S. MYLES  §
§
§
Debtor(s)  §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $7,475.00
*and approved disbursements of*  $4,629.58
*leaving a balance on hand of[1]:*  $2,845.42

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $2,845.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $715.16 | $0.00 | $715.16 |
| David P. Leibowitz, Trustee Expenses | $1.65 | $0.00 | $1.65 |

Total to be paid for chapter 7 administrative expenses:  $716.81
Remaining balance:  $2,128.61

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:  $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $2,128.61 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $2,128.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,767.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.4 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | $1,247.38 | $0.00 | $341.81 |
| 2 | Portfolio Recovery Associates, LLC c/o Wickes Furniture | $5,816.44 | $0.00 | $1,593.87 |
| 3 | Portfolio Recovery Associates, LLC/Chase Bank USA, N.A. | $704.04 | $0.00 | $192.93 |

|  | Total to be paid to timely general unsecured claims: | $2,128.61 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                             Case No. 11-48692-TAB
Linda S. Myles                                                     Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: vrowe                 Page 1 of 3                   Date Rcvd: Aug 13, 2012
                              Form ID: pdf006             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2012.
db           +Linda S. Myles,    921 N. Lamon, #2,    Chicago, IL 60651-3116
18129589     +Allianceone,    6565 Kimball Dr. Suite 200,    Gig Harbor, WA 98335-1206
18129591     +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
18129592    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18767490      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18129594     +Chase,   201 N Walnut Street Mailstop De1-1027,    Wilmington, DE 19801-2920
18129595     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18129596      Citi,   POB 183071,    Columbus, OH 43218-3071
18129597     +Citifinancial,   300 Saint Paul Pl,    Baltimore, MD 21202-2120
18129598     +Contract Callers Inc,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
18129599     +Creditors Discount & A,   415 E Main St,    Streator, IL 61364-2927
18129600     +FMS DMS Pioneer,    POB 979105,   Saint Louis, MO 63197-9001
18129601      Freedman Anselmo Lindberg&Rappe LLC,    1807 West Diehl Road,    Naperville, IL 60563-1890
18129602     +Gdyr/Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
18129603     +Harris Arnold Scott PC,    600 W. Jackson,    Ste. 710,   Chicago, IL 60661-5682
18892487    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Heritage Bank One,
                POB 41067,    Norfolk VA 23541)
18129607     +Pierce & Associates,   1 N. Dearborn,    Ste. 1300,    Chicago, IL 60602-4373
18129608     +Pioneer Credit Recovery, Inc.,    POB 189,   Arcade, NY 14009-0189
18129609     +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
18129610     +Professnl Acct Mgmt In,    633 W Wisconsin Ave Ste,    Milwaukee, WI 53203-1920
18129611     +Resmae Mortgage Corpor,    3350 E Birch St Ste 102,    Brea, CA 92821-6266
18129612     +Rogersholl,   P.O. Box 981400 C145,    El Paso, TX 79998-1400
18129613     +Suntrust Mortgage/Cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
18129614      U S Dept Of Ed/Fisl/Ch,    P O Box 8422,    Chicago, IL 60605
18129615     +Us Dept Of Education,    Po Box 5609,   Greenville, TX 75403-5609
18129604    ++WACHOVIA BANK NA,    PO BOX 13765,   ROANOKE VA 24037-3765
              (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18129590      E-mail/Text: ebn@americollect.com Aug 14 2012 02:29:00     Americollect Inc,    1851 S Alverno Rd,
               Manitowoc, WI 54220
18129593      E-mail/Text: bankruptcy@cavps.com Aug 14 2012 03:11:23     Cavalry Portfolio Serv,
               7 Skyline Dr Ste 3,    Hawthorne, NY 10532
18826073      E-mail/Text: cio.bncmail@irs.gov Aug 14 2012 02:00:27     INTERNAL REVENUE SERVICE,
               KANSAS CITY, MO 64999
18129605     +Fax: 847-227-2151 Aug 14 2012 03:25:17     Mrsi,   2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
18129606     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Aug 14 2012 02:07:34      Northwest Collectors,
               3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3126
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18892486*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    c/o Wickes Furniture,
                POB 41067,    Norfolk VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: vrowe              Page 2 of 3              Date Rcvd: Aug 13, 2012
                              Form ID: pdf006          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2012**                **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: vrowe              Page 3 of 3              Date Rcvd: Aug 13, 2012
                               Form ID: pdf006         Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2012 at the address(es) listed below:

        Constantine Dean Matsas   on behalf of Debtor Linda Myles cdmatsas@matsaslaw.com
        David P Leibowitz   dleibowitz@lakelaw.com,
        il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 3

Case 11-48692    Doc 29    Filed 08/13/12    Entered 08/15/12 23:48:13    Desc Imaged
Certificate of Notice    Page 7 of 7